No. 91–5304. BRADLEY *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–5305. HORTH *v.* MOSLEY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–5306. MORSE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5308. JOHNSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5309. KUENZEL *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 91–5310. BASKIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5311. LUNA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5312. HARRIS *v.* SHARPE. C. A. 6th Cir. Certiorari denied.

No. 91–5313. OLSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5314. HANKINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5315. CARTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5316. COX *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5317. PLANT *v.* UNITED STATES (two cases). C. A. 5th Cir. Certiorari denied.

No. 91–5319. RUSTEMOGLU *v.* PFEFFER ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–5320. FERNOS-LOPEZ *v.* FIGARELLA LOPEZ. C. A. 1st Cir. Certiorari denied.